438 A.2d 646

Commonwealth v. Turner, Appellant.

Submitted December 5, 1980. Howard B. Zavodnick, for appellant; Eliott Present, Assistant District Attorney, for Commonwealth, appellee.

Before SPAETH, BROSKY and HOFFMAN, JJ.

The judgment of sentence of the lower court is hereby affirmed.